In the Matter of the Claim of EMORY L. EURBIN against PRUDENTIAL INSURANCE COMPANY OF AMERICA et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

Argued September 28, 1937; decided October 12, 1937.

*John J. Bennett, Jr.*, Attorney-General (*Leon Freedman* of counsel), for appellant.

*William B. Davis* and *E. C. Sherwood* for respondents.

Order affirmed, with costs against the State Industrial Board. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN HUBBS LOUGHRAN, FINCH and RIPPEY, JJ.